IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TREVA THOMPSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:16-CV-783-WKW |
| | ) | |
| STATE OF ALABAMA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

It is ORDERED that Defendants' Motion to Dismiss (Doc. # 43), filed pursuant to Federal Rule of Civil Procedure 12(b)(6), is GRANTED in part and DENIED in part, with a memorandum opinion to follow at a later date.

The time for Defendants to file a responsive pleading, as set out in Federal Rule of Civil Procedure 12(a)(4), is STAYED until the entry of the memorandum opinion.

DONE this 28th day of September, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE