IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREVA THOMPSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-783-WKW |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the State Defendants' timely Objection to Uniform Scheduling Order ("USO"). (Doc. # 89.) Defendants object to Section 8 of the USO (Doc. # 88) on grounds that it does not expressly provide Defendants a right to file rebuttal expert reports as contemplated by Rule 26(a)(2)(D)(ii) of the Federal Rules of Civil Procedure.

The objection is well taken. Accordingly, it is ORDERED that Section 8 of the USO is AMENDED to add the following: The deadline for the disclosure of defense rebuttal experts is twenty-one days after Plaintiffs' disclosure.

DONE this 26th day of February, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE