IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREVA THOMPSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:16-CV-783-WKW |
| ) | |
| STATE OF ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Before the court is the parties' Joint Stipulation of Dismissal of Plaintiffs Swetman, Reynolds, and Newby. (Doc. # 94.) Based on the stipulation, which comports with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the actions filed by Plaintiff Melissa Swetnam, Plaintiff Anna Reynolds, and Plaintiff Larry Joe Newby are DISMISSED.

The Clerk of the Court is DIRECTED to terminate these Plaintiffs as parties to this lawsuit.

DONE this 19th day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE