IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREVA THOMPSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | **2:16-cv-783-WKW** |
| ) | |
| JOHN H. MERRILL, in his official ) | CLASS ACTION |
| capacity as Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. | |

**JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER**

The Plaintiffs, the State Defendants, and the Alabama Administrative Office of Courts ("AOC") have negotiated the attached Protective Order related to AOC's production of data responsive to a subpoena issued by Plaintiffs. The parties jointly move the Court for entry of the attached Protective Order.

                                                    Respectfully submitted,

                                                    s/ *Mark P. Gaber*
                                                    Danielle Lang (CA Bar: 304450)
                                                    J. Gerald Hebert (VA Bar: 38432)
                                                      Mark P. Gaber (DC Bar: 988077)
                                                      Campaign Legal Center
                                                      1411 K Street NW Suite 1400
                                                      Washington, DC 20005
                                                      (202) 736-2200
                                                      dlang@campaignlegalcenter.org
                                                      ghebert@campaignlegalcenter.org
                                                      mgaber@campaignlegalcenter.org

J. Mitch McGuire (ASB-8317-S69M)
McGuire & Associates LLC
31 Clayton Street
Montgomery, AL 36104
(334) 517-1000
jmcguire@mandabusinesslaw.com

James U. Blacksher (ASB-2381-S82J)
P.O. Box 636
Birmingham, AL 35201
(205) 591-7238
jblacksher@ns.sympatico.ca

Jessica Ring Amunson (DC Bar: 497223)
Jenner & Block LLP
1099 New York Ave. NW, Ste. 900
Washington, DC 20001
(202) 736-6000
jamunson@jenner.com

Pamela Karlan (NY Bar No: 2116994)
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-4851
karlan@stanford.edu

Aderson B. Francois (DC Bar No: 498544)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-6721
abf48@georgetown.edu

Armand Derfner (SC Bar No: 1650)
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403
(843) 723-9804
aderfner@derfneraltman.com

*Counsel for Plaintiffs and Plaintiff Class*

Steve Marshall
  *Attorney General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

s/ *Misty S. Fairbanks Messick*
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Laura E. Howell (ASB-0551-A41H)
Brad Chynoweth (ASB-0030-S63K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
telephone:    334.353.8674
facsimile:    334.353.8440
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
mmessick@ago.state.al.us
lhowell@ago.state.al.us
bchynoweth@ago.state.al.us

*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as listed below.

/s/ *Mark P. Gaber*
Mark P. Gaber
*Counsel for Plaintiffs*

Andrew Lynn Brasher
Office of the Attorney General
501 Washington Avenue
Montgomery, AL 36130
334-353-2690
Fax: 334-242-4891
Email: abrasher@ago.state.al.us

Brad A. Chynoweth
State of Alabama
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
334.242.7997
Fax: 334.353.8440
Email: bchynoweth@ago.state.al.us

James William Davis
State of Alabama
Office of the Attorney General
P O Box 300152
Montgomery, AL 36130-0152
334-353-1356
Fax: 334-353-8440
Email: jimdavis@ago.state.al.us

Laura Elizabeth Howell
Office of the Alabama Attorney General

P O Box 300152
Montgomery, AL 36130
334-353-1018
Fax: 334-353-8440
Email: lhowell@ago.state.al.us

Misty Shawn Fairbanks Messick
Office of the Attorney General
P O Box 300152
Montgomery, AL 36130-0152
334-353-8674
Fax: 334-353-8440
Email: mmessick@ago.state.al.us

Winfield James Sinclair
Office of the Attorney General
P o Box 300152
Montgomery, AL 36130
334-242-7300
Fax: 334-353-8440
Email: wsinclair@ago.state.al.us

*Counsel for Defendants*