IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREVA THOMPSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:16cv783-ECM |
| ) | |
| JOHN H. MERRILL, in his official ) | |
| capacity as Secretary of State, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Now pending before the court is the plaintiffs' motion to modify the scheduling order (doc. # 120) filed on July 24, 2018. The plaintiffs seek additional time to prepare expert reports. While the defendants do not oppose additional time, they suggest that all deadlines should be extended. *See* Doc. # 122. This case was recently reassigned to the undersigned. Accordingly, upon consideration of the motion, and the defendants' response, and for good cause, it is

ORDERED that the motion to modify the scheduling order (doc. # 120) be and is hereby GRANTED to the extent that all pending deadlines be and are hereby CONTINUED generally. It is further

ORDERED that a status and scheduling conference be and is hereby SET on **September 11, 2018 at 10:00 a.m.** in Courtroom 2A, United States Courthouse

Complex, One Church Street, Montgomery, Alabama 36104.  Counsel for all parties shall personally appear for this conference.

The Clerk of the Court is DIRECTED to provide a court reporter for this proceeding.

Done this 20th day of August, 2018.

                                   /s/Emily C. Marks
                                   EMILY C. MARKS
                                   UNITED STATES DISTRICT JUDGE