IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TREVA THOMPSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | **2:16-cv-783-ECF-GMB** |
| | ) | |
| JOHN H. MERRILL, in his official capacity as Secretary of State, *et al.*, | ) | CLASS ACTION |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION FOR ENTRY OF A PROTECTIVE ORDER

This Court previously entered a protective order regarding documents produced in response to a subpoena from Plaintiffs to the Alabama Office of Courts ("AOC"). *See* ECF No. 116. Plaintiffs have served a second subpoena to AOC (attached hereto as Ex. A), and Plaintiffs, the State Defendants, and AOC have negotiated a Protective Order to cover documents to be produced in response to that subpoena (attached hereto as Ex. B), along with an accompanying acknowledgment form (attached hereto as Exhibit C). The parties jointly move the Court for entry of the Protective Order attached as Exhibit B to cover documents produced in response to the second subpoena.

Respectfully submitted,

s/ *Mark P. Gaber*
Danielle Lang (CA Bar: 304450)
J. Gerald Hebert (VA Bar: 38432)
Mark P. Gaber (DC Bar: 988077)
Campaign Legal Center
1411 K Street NW Suite 1400
Washington, DC 20005

(202) 736-2200
dlang@campaignlegalcenter.org
ghebert@campaignlegalcenter.org
mgaber@campaignlegalcenter.org
J. Mitch McGuire (ASB-8317-S69M)
McGuire & Associates LLC
31 Clayton Street
Montgomery, AL 36104
(334) 517-1000
jmcguire@mandabusinesslaw.com

James U. Blacksher (ASB-2381-S82J)
P.O. Box 636
Birmingham, AL 35201
(205) 591-7238
jblacksher@ns.sympatico.ca

Jessica Ring Amunson (DC Bar: 497223)
Jenner & Block LLP
1099 New York Ave. NW, Ste. 900
Washington, DC 20001
(202) 736-6000
jamunson@jenner.com

Pamela Karlan (NY Bar No: 2116994)
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-4851
karlan@stanford.edu

Aderson B. Francois (DC Bar No: 498544)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Avenue NW
Washington, DC 20001
(202) 662-6721
abf48@georgetown.edu

Armand Derfner (SC Bar No: 1650)
Derfner & Altman
575 King Street, Suite B
Charleston, S.C. 29403
(843) 723-9804
aderfner@derfneraltman.com

*Counsel for Plaintiffs and Plaintiff Class*

Steve Marshall
  *Attorney General*

James W. Davis (ASB-4063-I58J)
  *Deputy Attorney General*

s/ *Misty S. Fairbanks Messick*
Winfield J. Sinclair (ASB-1750-S81W)
Misty S. Fairbanks Messick (ASB-1813-T71F)
Laura E. Howell (ASB-0551-A41H)
Brad Chynoweth (ASB-0030-S63K)
*Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Post Office Box 300152
Montgomery, Alabama 36130-0152
telephone:    334.353.8674
facsimile:    334.353.8440
jimdavis@ago.state.al.us
wsinclair@ago.state.al.us
mmessick@ago.state.al.us
lhowell@ago.state.al.us
bchynoweth@ago.state.al.us

*Counsel for the State Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 7, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as listed below.

/s/ *Mark P. Gaber*
Mark P. Gaber
*Counsel for Plaintiffs*

Brad A. Chynoweth
State of Alabama
Office of the Attorney General
501 Washington Avenue
Post Office Box 300152
Montgomery, AL 36130
334.242.7997
Fax: 334.353.8440
Email: bchynoweth@ago.state.al.us

James William Davis
State of Alabama
Office of the Attorney General
P O Box 300152
Montgomery, AL 36130-0152
334-353-1356
Fax: 334-353-8440
Email: jimdavis@ago.state.al.us

Laura Elizabeth Howell
Office of the Alabama Attorney General
P O Box 300152
Montgomery, AL 36130
334-353-1018
Fax: 334-353-8440
Email: lhowell@ago.state.al.us

Misty Shawn Fairbanks Messick
Office of the Attorney General
P O Box 300152

Montgomery, AL 36130-0152  
334-353-8674  
Fax: 334-353-8440  
Email: mmessick@ago.state.al.us

Winfield James Sinclair  
Office of the Attorney General  
P o Box 300152  
Montgomery, AL 36130  
334-242-7300  
Fax: 334-353-8440  
Email: wsinclair@ago.state.al.us

*Counsel for Defendants*