IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREVA THOMPSON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 2:16-cv-783-ECM |
| ) | [WO] |
| JOHN H. MERRILL, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This cause is before the Court on the Defendants' Motion for Leave to Amend Answers to Original Complaint (doc. 1) and Supplemental Complaint (doc. 93), filed on December 17, 2019. (Doc. 185). Upon review of the motion, the Court agrees that it is appropriate for the Defendants to address the original complaint because the supplemental complaint included factual allegations relevant to those counts, and agrees that it would simplify matters to have the Defendants' responses to all of the counts and factual allegations pleaded in the original and supplemental complaint in one pleading. Accordingly, the motion (doc. 185) is ORDERED GRANTED.

The Defendants are given until **December 31, 2019** to file as an amended answer the attachment to their motion. (Doc. 185-1).

DONE this 19th day of December, 2019.

      /s/ Emily C. Marks
      EMILY C. MARKS
      CHIEF UNITED STATES DISTRICT JUDGE