IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TREVA THOMPSON, *et al*., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:16-cv-783-ECM |
| | ) | |
| JOHN H. MERRILL, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of the Defendants' Rule 26 Objection (doc. 245), filed on July 24, 2020, it is ORDERED that the Plaintiffs shall file a response to the objection on or before **August 3, 2020**.

DONE this 27th day of July, 2020.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE