IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Treva Thompson, Timothy Lanier, Pamela King, Darius Gamble, and Greater Birmingham Ministries, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Civil Action No. 2:16-cv-783-ECM-SMD |
| John H. Merrill, in his official capacity as Secretary of State, James Snipes, III, in his official capacity as Chair of the Montgomery County Board of Registrars, and Leigh Gwathney, in her official capacity as Chair of the Board of Pardons and Paroles, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

### STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the State Defendants *(namely, Secretary of State John H. Merrill, Chair of the Montgomery County Board of Registrars James Snipes, III, and Chair of the Board of Pardons and Paroles Leigh Gwathney)* respectfully move this Court to enter judgment in their favor and against the Plaintiffs *(namely, Treva Thompson, Timothy Lanier, Pamela King, Darius Gamble, and Greater Birmingham Ministries)* on all claims remaining in this action *(namely, Counts 1, 2, 11, 12, 13, 16, 17, and 18 (but not as to the Federal Form))* and brought against them[1] on the grounds that there is no genuine issue as to any material fact, and each State Defendant is entitled to a judgment as a matter of law. This motion is based

---

[1] Counts 1, 2, 11, 12, 16, and 17 are brought against Secretary Merrill and Chair Snipes. Count 18 is brought against Secretary Merrill alone. Count 13 is brought against Chair Gwathney alone.

upon the pleadings filed to date, the orders entered to date, the evidence submitted to date, the forthcoming brief in support, and the following exhibits attached hereto:

1. Exhibit 1 – Declaration and Expert Report of David T. Beito, Ph.D.;
2. Exhibit 2 – Alabama Constitution of 1819;
3. Exhibit 3 – Alabama Constitution of 1861;
4. Exhibit 4 – Alabama Constitution of 1865;
5. Exhibit 5 – Alabama Constitution of 1868;
6. Exhibit 6 – Alabama Constitution of 1875;
7. Exhibit 7 – Ala. Act No. 95-443;
8. Exhibit 8 – Certification of Results, Primary Election, June 4, 1996, Constitutional Amendments;
9. Exhibit 9 – Letter from USDOJ interposing no objection to (*i.e.,* preclearing) the 1996 Constitutional Amendment, which became Amendment 579;
10. Exhibit 10 – Submission to USDOJ for preclearance of Ala. Act No. 2011-656 which proposed a Constitutional Amendment that became Amendment 865 (includes a copy of Ala. Act No. 2011-656);
11. Exhibit 11 – USDOJ response to preclearance submission for Ala. Act No. 2011-656;
12. Exhibit 12 – Ala. Act No. 2017-378;
13. Exhibit 13 – Ala. Act No. 2019-513;
14. Exhibit 14 – Ala. Act No. 2003-415;
15. Exhibit 15 – Letter from USDOJ interposing no objection to (*i.e.,* preclearing) Ala. Act No. 2003-415 which created the Certificate of Eligibility to Register to Vote process;
16. Exhibit 16 – Ala. Act No. 2016-387;

17. Exhibit 17 – Declaration of Karen L. Owen, Ph.D.;

18. Exhibit 18 – Opinion to Hon. William C. Segrest, Executive Director, Board of Pardons and Paroles, dated March 18, 2005, A.G. No. 2005-092;

19. Exhibit 19 – Dr. Beatty report on Article VIII, Suffrage and Elections. October 6, 1970. Alabama Constitutional Commission Administrative Files, 1969-1976, SG016523;

20. Exhibit 20 – Letter from Edward R. Fields, National States Rights Party to Bill Baxley, Attorney General of the State of Alabama (Feb. 19, 1976);

21. Exhibit 21 – Letter from Attorney General Bill Baxley to Edward R. Fields, National States Rights Party (Feb. 20, 1976);

22. Exhibit 22 – Testimony of the Civil Liberties Union of Alabama to the Interim Legislative Committee on Constitutional Revision (Mar. 24, 1983);

23. Exhibit 23 – Order of Permanent Injunction in *Manley v. State*, CV-83-1332-G (Montgomery County Circuit Court 1983); Memorandum Opinion and Declaratory Judgment in *Manley v. State*, CV-83-1332-G (Montgomery County Circuit Court 1983);

24. Exhibit 24 – Entries of the Journals of the House of Representatives of the State of Alabama for 1995 Regular Session pertaining to the passage of House Bill 38, Act No. 1995-443;

25. Exhibit 25 – Transcript of the Journal of the Senate of Alabama, Regular Session 1995, Showing passage through the Senate of House Bill 38, Act No. 1995-443;

26. Exhibit 26 – Letter from Rep. Jack B. Venable to Lynda K. Oswald (April 12, 1996);

27. Exhibit 27 – Alabama Secretary of State John H. Merrill's Objections and Answers to Plaintiffs' First Set of Interrogatories to Him;

28. Exhibit 28 – Deposition of Timothy Lanier;

29. Exhibit 29 – Letter from USDOJ interposing no objection to (*i.e.,* preclearing) changes to voter registration forms in 2006;

30. Exhibit 30 – Order in *Worley v. Gooden*, Case No. 1051712 (Ala. Oct. 25, 2006);

31. Exhibit 31 – Plaintiff Greater Birmingham Ministries' Responses and Objections to State Defendants' Interrogatories (Nos. 1-17);

32. Exhibit 32 – Plaintiff Greater Birmingham Ministries' Responses and Objections to State Defendants' Interrogatories (Nos. 18-25);

33. Exhibit 33 – Memorandum of Understanding resolving threatened NVRA litigation;

34. Exhibit 34 – First Amendment to Memorandum of Understanding resolving threatened NVRA litigation; and,

35. Exhibit 35 – Fourth Declaration of Edward Packard.

    Respectfully submitted,

    Steve Marshall
      *Attorney General*

    s/Misty S. Fairbanks Messick
    James W. Davis (ASB-4063-I58J)
    Winfield J. Sinclair (ASB-1750-S81W)
    Misty S. Fairbanks Messick (ASB-1813-T71F)
    *Assistant Attorneys General*

    OFFICE OF THE ATTORNEY GENERAL
    501 Washington Avenue
    Post Office Box 300152
    Montgomery, Alabama 36130-0152
    telephone:    334.353.8674
    facsimile:    334.353.8400
    Jim.Davis@AlabamaAG.gov
    Winfield.Sinclair@AlabamaAG.gov
    Misty.Messick@AlabamaAG.gov

    ***Counsel for the State Defendants***

**CERTIFICATE OF SERVICE**

      I hereby certify that, on September 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Armand Derfner (aderfner@derfneraltman.com); Danielle Lang (dlang@campaignlegalcenter.org); James U. Blacksher (jblacksher@ns.sympatico.ca); Jessica Ring Amunson (jamunson@jenner.com); J. Gerald Herbert (gherbert@campaignlegalcenter.org); J. Mitch McGuire (jmcguire@mandabusinesslaw.com); Mark P. Gaber (mgaber@campaignlegalcenter.org); Michael E. Stewart (mstewart@jenner.com); Jason P. Hipp (jhipp@jenner.com); Molly Danahy (mdanahy@campaignlegal.org); Jonathan Diaz (jdiaz@campaignlegalcenter.org);  Melissa Takara Fedornak (mfedornak@jenner.com); and, Julie Strass Harris (Julie.StrausHarris@usdoj.gov).

                                                                   s/Misty S. Fairbanks Messick
                                                                   Of Counsel