IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Treva Thompson, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>John H. Merrill, in his official capacity as Secretary of State, *et al.*,<br><br>    Defendants. | Civil Action No. 2:16-cv-783-ECM-SMD |

**PLAINTIFFS'** ***CONSENTED*** **MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT AND *DAUBERT* MOTION RESPONSES AND REPLIES**

Plaintiffs respectfully move the Court for an extension of time from Thursday, September 24, 2020 to Tuesday, September 29, 2020, for the parties to file their summary judgment and *Daubert* motion responses. Plaintiffs likewise request that the reply deadline be extended from October 1, 2020, to October 6, 2020. Plaintiffs request this extension in light of the considerable length of Defendants' summary judgment motion, and due to expedited deadlines they face in other litigation related to the upcoming November 2020 election. Plaintiffs do not make this request for the purpose of delay, but rather to ensure time to adequately present the Court with their legal and factual arguments. Plaintiffs' counsel conferred with Defendants' counsel, who indicated they consent to this Motion.

Respectfully submitted,

/s/ *Mark P. Gaber*
Mark P. Gaber (DC Bar: 988077)
Danielle Lang (CA Bar: 304450)
J. Gerald Hebert (VA Bar: 38432)
Molly Danahy (DC Bar No. 1643411)
Campaign Legal Center
1101 14th St. NW, Ste. 400
Washington, DC 20005
(202) 736-2200
dlang@campaignlegalcenter.org
ghebert@campaignlegalcenter.org
mgaber@campaignlegalcenter.org
mdanahy@campaignlegalcenter.org

J. Mitch McGuire (AL Bar: ASB-8317-S69M)
McGuire & Associates LLC
31 Clayton Street
Montgomery, AL 36104
(334) 517-1000
jmcguire@mandabusinesslaw.com

James U. Blacksher (AL Bar: ASB-2381-S82J)
P.O. Box 636
Birmingham, AL 35201
(205) 591-7238
jblacksher@ns.sympatico.ca

Jessica Ring Amunson (DC Bar: 497223)
Jenner & Block LLP
1099 New York Ave. NW, Suite 900
Washington, DC 20001
(202) 736-6000
jamunson@jenner.com

Jason Hipp (NY Bar: 5232277)
Jenner & Block LLP
919 Third Avenue
New York, NY 10022
(212) 407-1784
jhipp@jenner.com

Pamela Karlan (NY Bar: 2116994)
Stanford Law School
559 Nathan Abbott Way
Stanford, CA 94305
(650) 725-4851
karlan@stanford.edu

Aderson B. Francois (DC Bar: 498544)
Institute for Public Representation
Georgetown University Law Center
600 New Jersey Ave. NW
Washington, DC 20001
(202) 662-6721
abf48@georgetown.edu

Armand Derfner (SC Bar: 1650)
Derfner & Altman
575 King Street, Suite B
Charleston, SC 29403
(843) 723-9804
aderfner@derfneraltman.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on September 18, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record as listed below.

/s/ *Mark P. Gaber*
Mark P. Gaber
*Counsel for Plaintiffs*

James William Davis
State of Alabama
Office of the Attorney General
P O Box 300152
Montgomery, AL 36130-0152
334-353-1356
Fax: 334-353-8440
Email: jimdavis@ago.state.al.us

Laura Elizabeth Howell
Office of the Alabama Attorney General
P O Box 300152
Montgomery, AL 36130
334-353-1018
Fax: 334-353-8440
Email: lhowell@ago.state.al.us

Misty Shawn Fairbanks Messick
Office of the Attorney General
P O Box 300152
Montgomery, AL 36130-0152
334-353-8674
Fax: 334-353-8440
Email: mmessick@ago.state.al.us

Winfield James Sinclair
Office of the Attorney General
P o Box 300152
Montgomery, AL 36130
334-242-7300
Fax: 334-353-8440
Email: wsinclair@ago.state.al.us

*Counsel for Defendants*