IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TREVA THOMPSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:16cv783-ECM |
| | ) | |
| JOHN H. MERRILL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

This case is pending before the Court on motions for summary judgment and to exclude certain evidence.  Throughout the Defendants' reply in support of their motion for summary judgment, the Defendants have objected to various evidentiary submissions by the Plaintiffs as hearsay or improperly disclosed expert testimony.  The Defendants also move for summary judgment on a categorical Eighth Amendment claim for the first time, having misunderstood the nature of the Plaintiffs' claim previously.  Accordingly, it is hereby

ORDERED that the Plaintiffs have until **October 22, 2020** to show cause why the objections raised within the reply (doc. 274) ought not be sustained and to respond to the Defendants' arguments regarding their categorical Eighth Amendment claim.

DONE this 15th day of October, 2020.

_____/s/ Emily C. Marks_____
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE