IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| TREVA THOMPSON, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 2:16-cv-783-ECM |
| | ) |
| JOHN H. MERRILL, *etc.*, *et al.*, | ) |
| | ) |
|    Defendants. | ) |

**ORDER**

Now pending before the Court is a motion to extend trial date and all associated deadlines (doc. 282), filed by the Defendants with agreement of the Plaintiffs. For good cause shown, it is hereby

ORDERED that the motion to extend the trial date is GRANTED and this non-jury trial is specially re-set on **March 1, 2021** and all associated trial deadlines are extended for thirty days.

Done this 23rd day of November, 2020.

                                               /s/ Emily C. Marks
                                             EMILY C. MARKS
                                             CHIEF UNITED STATES DISTRICT JUDGE