# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

May 25, 2023

Clerk - Middle District of Alabama
U.S. District Court
1 CHURCH ST
MONTGOMERY, AL 36104

Appeal Number: 21-10034-GG
Case Style: Treva Thompson, et al v. Secretary of State, et al
District Court Docket No: 2:16-cv-00783-ECM-SMD

Enclosed is the Bill of Costs.

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 21-10034

_____

TREVA THOMPSON,
individually and behalf of all others similarly situated,
TIMOTHY LANIER,
individually and behalf of all others similarly situated,
GREATER BIRMINGHAM MINISTRIES,

                         Plaintiffs-Appellants,

DARIUS GAMBLE,
PAMELA KING,
individually and behalf of all others similarly situated,

                         Plaintiffs,

*versus*

STATE OF ALABAMA, et al.,

                         Defendants,

ISSUED AS MANDATE: 05/25/2023

2                                                                                      21-10034

SECRETARY OF STATE FOR THE STATE OF ALABAMA,
LEIGH GWATHNEY,
in her official capacity as Chairman of the Board of Pardons and Paroles,
JAMES SNIPES, III,
in hisofficial capacity as Chairman of the Montgomery County Board
of Registrars and on behalf of a class of all voter registrars
in the State of Alabama,

                                                            Defendants-Appellees.

_____

Appeal from the United States District Court
for the Middle District of Alabama
D.C. Docket No. 2:16-cv-00783-ECM-SMD

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: April 26, 2023

For the Court: DAVID J. SMITH, Clerk of Court

# UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT
## Bill of Costs

Court of Appeals Docket No. **21-10034**

**Treva Thompson, et al.**   vs.   **Secretary of State, et al.**

A Bill of Costs should only be filed when the Clerk's Office has advised a party that the party is entitled to costs. FRAP 39 and 11th Cir. R. 39-1 govern costs taxable in this court and the time for filing the Bill of Costs. A motion for leave to file out of time is required for a Bill of Costs not timely received.

### INSTRUCTIONS

The appellate docketing fee is set in the fee schedule issued pursuant to 28 U.S.C. § 1913. However, the $5 fee for filing a notice of appeal is recoverable as a cost in the district court. In the grid below, multiply the number of original pages of each document by the total number of documents reproduced to calculate the total number of copies reproduced. Multiply this number by the cost per copy ( $.15 per copy for "In-House", up to $.25 per copy for commercial reproduction, supported by receipts) showing the product as costs requested.

| | Repro. Method (Mark One) | | No. of Original Pages | Total No. Documents Reproduced | Total No. of Copies | COSTS REQUESTED | CT. USE ONLY COSTS ALLOWED |
|---|---|---|---|---|---|---|---|
| | In-House | Comm* | | | | | |
| Appellate Docketing Fee | — | — | — | | — | | |
| Appellant's Brief | | | | | | | |
| Appendix | | | | | | | |
| Appellee's Brief | X | | 74 | 4 | 296 | $44.40 | $44.40 |
| Reply Brief | | | | | | | |
| Supplemental Appendix | X | | 817 | 2 | 1634 | $245.10 | $245.10 |
| | | | | | | | |
| *Note: If reproduction was done commercially, receipt(s) must be attached. | | | | | TOTAL | $289.50 REQUESTED | $$289.50 ALLOWED |

I hereby swear or affirm that the costs claimed were actually and necessarily incurred in this appeal and that I have served this Bill of Costs on counsel/parties of record.

Signature: *Misty S. Fair Messick*
Attorney Name: **Misty S. Fairbanks Messick**
Date Signed: **May 3, 2023**
Attorney for: **Secretary of State, et al.**
E-mail: **Misty.Messick@AlabamaAG.gov**
Phone: **334.353.8674**
Street Address/City/State/Zip: **501 Washington Avenue, Montgomery, Alabama 36104**

### FOR COURT USE ONLY

Costs are hereby taxed in the amount of $ **$289.50** against **Appellants** and are payable directly to **Appellees**

David J. Smith, Clerk of Court

Issued on: _____   By: **/S/ Tresa A. Raines**   DATE: **5/15/2023**
Deputy Clerk

BOC Rev.: 6/17

ISSUED AS MANDATE: 05/25/2023